IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02251-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

JUDITH DAWSON,
MATT,
K.  WISCHMEIER, and
THE COMMUNITY CORRECTIONS BOARD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Amend Claims One and Two and a Defendant (Docket No. 11) is granted.

The amendments tendered by the plaintiff are merely additions to the original Complaint rather than an entire pleading that contains the original averments and the plaintiff's proposed amendments.  Plaintiff is advised that for any future motions to amend or supplement pleadings in this or in any other action before this court, he shall tender one complete amended pleading rather than merely the proposed amendments or supplements.  However, for the purpose of expediting this matter, it is further

ORDERED that the Clerk of the Court shall re-scan the original Complaint (Docket No. 1) and the tendered amendments (Docket No. 11 at 2-4) together to make one complete pleading which shall be filed by the Clerk of Court as the plaintiff's Amended Complaint.

Date: October 27, 2011