IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02251-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

JUDITH DAWSON,
MATT,
K. WISCHMEIER,
THE COMMUNITY CORRECTIONS BOARD, and
MARY ANNE QUINTANA, Case Manager,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT MARY ANNE QUINTANA

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

In an Amended Complaint (Docket No. 16), plaintiff has added a defendant, Mary Anne Quintana. It is thus hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Quintana. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant Quintana. Plaintiff has provided the following address for defendant Quintana: CTCF, P.O. Box 1010, Canon City, CO 81215-1010. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Quintana or her counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: October 27, 2011
      Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02251-CMA-MJW

Shawn D. Allen
Prisoner No. 113014
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Mary Anne Quintana - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Denis K. Lane, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Mary Anne Quintana : AMENDED COMPLAINT FILED 10/27/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 27, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk