IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02251-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

JUDITH DAWSON,
MATT,
K.  WISCHMEIER,
THE COMMUNITY CORRECTIONS BOARD, and
MARY QUINTANA, Case Manager CTCF,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Correct Misspelled Name of Defendant (Docket No. 21) is granted, and the caption and Amended Complaint (Docket No. 16) are amended to removed "Anne" as defendant Quintana's middle name.

It is further ORDERED that the plaintiff's Motion to Have Defendants Serve Copy of Their Motion to Dismiss - Doc # 17 - Upon the Plaintiff (Docket No. 22) is granted. The court notes that the Certificate of Service at the end of Docket No. 17 indicates that a copy of the motion was served upon plaintiff via electronic filing, but the plaintiff is incarcerated and does not have electronic access.  Therefore, attorney Denis K. Lane, Jr., shall forthwith mail a copy of Docket No. 17 to the plaintiff and file a Certificate of Mailing.

Date: November 17, 2011