IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02251-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

JUDITH DAWSON,
MATT,
K. WISCHMEIER,
THE COMMUNITY CORRECTIONS BOARD, and
MARY ANNE QUINTANA, Case Manager,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER DIRECTING SERVICE UPON DEFENDANT COMMUNITY CORRECTIONS BOARD**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

   The plaintiff has provided the court with an updated address and telephone number for defendant Community Corrections Board (303 West Colfax Ave., Ste. 1700, Denver, CO 80204; telephone (720) 913-8250).  See Docket No. 33.

   It is thus hereby ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Community Corrections Board .  If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant Community Corrections Board at the new address listed above..  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is further

   ORDERED that defendant Community Corrections Board or its counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date:   December 19, 2011         s/Michael J. Watanabe
         Denver, Colorado          Michael J. Watanabe
                                   United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02251-CMA-MJW

Shawn D. Allen
Prisoner No. 113014
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Community Corrections Board

Denis K. Lane, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY - VIA EMAIL**

Michael D. Scott, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY - VIA EMAIL**

James Lawrence Burgess
Jefferson County Attorney's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Mary Anne Quintana: AMENDED COMPLAINT FILED 10/27/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on December 19, 2011.

                                        GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                Deputy Clerk