IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02251-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

JUDITH DAWSON,
MATT,
K.  WISCHMEIER,
THE COMMUNITY CORRECTIONS BOARD, and
MARY QUINTANA, Cast Manager CTCF,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Provide Correct Address for Service Upon the Community Corrections Board (Docket No. 33) is granted, and by separate order the court will direct service by the U.S. Marshal on defendant Community Corrections Board at the address provided by the plaintiff.

Date:  December 19, 2011